1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2803



JUL 3.0 2009

5 | Attorneys for Plaintiff
United States of America
6 |



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )    2:09-cv-02087-WBS-EFB
                                       )
12 |          Plaintiff,                )    ORDER REGARDING CLERK'S
                                       )    ISSUANCE OF WARRANT FOR
13 |     v.                             )    ARREST OF ARTICLES *IN REM*
                                       )
14 | APPROXIMATELY $16,923.70 IN        )
     U.S. CURRENCY,                     )
15 |                                    )
              Defendant.                )
16 | _____   )

17

18 | WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

19 | filed on July 28, 2009, in the United States District Court for

20 | the Eastern District of California, alleging that the defendant

21 | Approximately $16,923.70 in U.S. Currency ("defendant currency"),

22 | is subject to forfeiture to the United States pursuant to 21

23 | U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841

24 | *et seq.*;

25 | And, the Court being satisfied that, based on the Verified

26 | Complaint for Forfeiture *In Rem* and the affidavit of Drug

27 | Enforcement Administration, Task Force Officer, Larren R. Nelson,

28 | there is probable cause to believe that the defendant currency so

Order re: Clerk's Issuance of Warrant for
Arrest of Articles *In Rem*            1

1  described constitutes property that is subject to forfeiture for
2  such violation(s), and that grounds for issuance of a Warrant for
3  Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
4  the Supplemental Rules for Admiralty or Maritime Claims and Asset
5  Forfeiture Actions;

6      IT IS HEREBY ORDERED that the Clerk for the United States
7  District Court, Eastern District of California, shall issue a
8  Warrant for Arrest of Articles *In Rem* for the defendant currency.

9  Dated: 7-29-09

10

11                          EDMUND F. BRENNAN
                            United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        Order re: Clerk's Issuance of Warrant for
        Arrest of Articles *In Rem*          2