```
BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $16,923.70 IN<br>U.S. CURRENCY,<br><br>    Defendant. | 2:09-cv-02087-WBS-EFB<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT;** ~~**PROPOSED**~~ **ORDER** |

Pursuant to Rule 6-144(a) of the Local Rules of Practice for the United States District Court, Eastern District of California, Plaintiff United States of America ("Plaintiff") and claimants Eric Engstrom and Mona Colomb ("Claimants"), by and through their respective counsel, hereby request that the joint status report currently due on November 30, 2009 be continued for approximately 15 days, or effectively be due on **December 15, 2009.**

Plaintiff and Claimants make this request for the following reasons: Plaintiff and Claimants are in the process of determining a resolution to this dispute, including gathering further pertinent information and conferring about such information between their counsel. Under the circumstances, both Plaintiff and Claimants agree that counsel for the parties are not in a position to contribute meaningfully either to the

process of conferring on the matter as required by Fed. R. Civ. P. 26(f) or to the preparation of a resulting joint status report as required by the Court's Order on July 29, 2009.

As soon as the need has become apparent, Plaintiff and Claimants without delay, hereby make their request pursuant to Rule 6-144(d). See L. R. 6-144(d). As further required pursuant to Rule 6-144(b), the Plaintiff and Claimants hereby represent that no prior extension of time has been previously sought in regard to the filing of the joint status report. See L. R. 6-144(b).

Dated: November 24, 2009          BENJAMIN B. WAGNER
                                  United States Attorney


                                   /s/ Saralyn M. Ang-Olson
                                  Saralyn M. Ang-Olson
                                  Special Assistant U.S. Attorney

Dated: November 24, 2009           /s/ Stephen A. Munkelt
                                  Stephen A. Munkelt
                                  Attorney for Claimants
                                  Eric Engstrom and Mona Colomb

                                  (Original signature on file)

**ORDER**

For the reasons set forth above, the parties shall submit a joint status report on or before December 21, 2009. The Scheduling Conference is continued to **January 11, 2010 at 2:00 p.m.** IT IS SO ORDERED.

Dated: November 24, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE